# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JOSEPH LEE LEWIS, JR.,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:24-cv-00195-RDP-NAD |
| **JEFFERSON COUNTY COURTHOUSE,** et al., | ) |
| **Defendants.** | ) |

## **MEMORANDUM OPINION**

The Magistrate Judge has entered a Report and Recommendation recommending the court dismiss this case pursuant to 28 U.S.C. § 1915(e)(2) for failing to state a claim upon which relief may be granted. (Doc. 10). The Magistrate Judge advised Plaintiff of his right to file specific written objections within fourteen days. (*Id.*, at 8-9). On May 1, 2024, Plaintiff filed a document (Doc. 11) which the court construes as timely objections to the Report and Recommendation.

In his objections, Plaintiff alleges he is "still being held by Jefferson County court." (*See* Doc. 11 at 1). He states that at some point, he was at "Eastwood group home" and now is in "JBS mental health authority." (*Id.*). Plaintiff asks how to "blow the whistle" and asks the court to give him the address of the U.S. Supreme Court for this purpose. (*Id.*). Plaintiff also requires "the district judge so he can appeal," adding "[d]on't forget the epidemic (Covid 19). (*Id.*). He adds that on "this last case (attempted murder)" he told the truth and that it was a misdemeanor case. (*Id.*). Plaintiff then recounts alleged violations of his rights which occurred from 2013 through 2015. (*Id.*, at 2).

As explained to Plaintiff in the Report and Recommendation, for purposes of § 1983, the statute of limitations prevents a court from considering claims which accrued more than two years

before a plaintiff filed a lawsuit based on those claims. (Doc. 10 at 6-7). Because none of the allegations in Plaintiff's amended complaint (Doc. 7) or his objections (Doc. 11) reflect claims which accrued in the two years prior to him filing this action, Plaintiff's objections are due to be overruled.

Having reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court **OVERRULES** the objections, **ADOPTS** the Magistrate Judge's Report, and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915(e)(2), the court will dismiss this case with prejudice as barred by the statute of limitations.

The court will enter a separate final judgment.

**DONE** and **ORDERED** this May 23, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE